**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MIGUEL SUAREZ | § | |
| | § | CIVIL ACTION NO. 1:25-cv-00128 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| CONTINENTAL INN II LLC | § | |
| | § | |
| Defendant | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, MIGUEL SUAREZ, Plaintiff and CONTINENTAL INN II LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

**STIPULATION**

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: October 6, 2025 FOR MIGUEL SUAREZ, Plaintiff

BY: ***/S/ R. Bruce Tharpe***

R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: October 6, 2025

FOR CONTINENTAL INN II LLC, Defendant

BY: ***/S/ Ahad Khan***

Mr. Ahad Khan
Attorney at Law
712 Main Street, Suite 900
Houston, Texas 77992
(713) 401-3558 - Office