United States District Court
Southern District of Texas
**ENTERED**
October 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL SUAREZ,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:25-cv-128 |
| CONTINENTAL INN II LLC.,<br>Defendant. | §<br>§<br>§ | |

**ORDER ON STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

On October 7, 2025, this Court received "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)." Dkt. No. 15. Both Plaintiff Miguel Suarez and Defendant Continental Inn II LLC signed the filing. Dkt. No. 15, pp. 1-2.

The Parties "request dismissal of all claims against Defendant in their entirety and with prejudice" pursuant to FRCP 41(a)(1)(A)(ii). Dkt. No. 15, p. 1. The Parties represent that "each party [is] to bear their own attorney's fees and costs." *Id.*

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action against any defendant without a court order if there is a stipulation of dismissal signed by all parties. *See Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344-45 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are **DISMISSED** with prejudice. As agreed, each party shall bear their own costs and fees related to this litigation.

The Clerk of Court is **DIRECTED** to close this case.

Signed on October 7, 2025.

Karen Betancourt
Karen Betancourt
United States Magistrate Judge